United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    J.C.,                                      Case No.  20-cv-00155-WHO

8                   Plaintiff,

9            v.                                 **ORDER DENYING MOTIONS TO
                                                DISMISS AS MOOT**
10   CHOICE HOTELS INTERNATIONAL,               Re: Dkt. Nos. 15, 20
     INC., et al.,
11
                   Defendants.
12

13          On March 5, 2020, Marriot International, Inc. ("Marriot") and Hilton Worldwide Holding,

14   Inc. ("Hilton") filed motions to dismiss the Complaint.  Dkt. Nos. 15, 20.  On March 19, 2020,

15   plaintiff filed an amended complaint.  Dkt. No. 34.  Marriot's and Hilton's pending motions to

16   dismiss are DENIED without prejudice as moot.  Pursuant to Federal Rule of Civil Procedure

17   15(a)(3), Marriot and Hilton are ordered to respond to the amended complaint within 14 days.

18          On April 2, 2020, Choice Hotels International, Inc. filed a motion to dismiss the amended

19   complaint and set it for hearing on May 27, 2020.  Dkt. No. 43.  This motion will remain on

20   calendar; if Marriot and Hilton file new motions to dismiss the amended complaint, I would prefer

21   to set all three motions together on the same hearing date.

22          **IT IS SO ORDERED.**

23   Dated: April 3, 2020

24

25
                                                _____
26                                              William H. Orrick
                                                United States District Judge
27

28