Melinda Davis Nokes, Bar No. 167787
WEITZ & LUXENBERG, P.C.
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 247-0921
Facsimile: (310) 786-9927
mnokes@weitzlux.com

*Attorney for Plaintiff J.C. proceeding under pseudonym*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| J.C., an individual,<br><br>        Plaintiff,<br><br>       vs.<br><br>CHOICE HOTELS INTERNATIONAL, INC.,<br>HILTON WORLDWIDE HOLDINGS, INC., and<br>MARRIOTT INTERNATIONAL, INC.,<br><br>        Defendants. | **CASE NO. 3:20-cv-00155-WHO**<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING PLAINTIFF'S RESPONSE TO DEFENDANT HILTON WORLDWIDE HOLDINGS INC.'S MOTION TO DISMISS**<br><br>**Date:   June 3, 2020**<br>**Time:  2:00 pm**<br>**Judge: Hon. William H. Orrick**<br>**Courtroom: 2 – 17th Floor** |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the time for Plaintiff to file an Opposition to Defendant Hilton Worldwide Holdings, Inc.'s Motion to Dismiss is extended to May 8, 2020 and Hilton Worldwide Holdings, Inc.'s Reply is extended to May 20, 2020.

IT IS SO ORDERED.

Dated: May 5, 2020

by: _____
HONORABLE WILLIAM H. ORRICK