KAI PETERS (SBN: 198516)
kpeters@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

SARA M. TURNER (admitted *Pro Hac Vice*)
smturner@bakerdonelson.com
**BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007

*Attorneys for Defendant*
*CHOICE HOTELS INTERNATIONAL, INC.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CHOICE HOTELS INTERNATIONAL, INC.; HILTON WORLDWIDE HOLDINGS, INC; and MARRIOTT INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 3:20-CV-00155-WHO<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:   Hon. William H. Orrick |

1  Having read and considered the Joint Stipulation for Dismissal with Prejudice, **IT IS HEREBY ORDERED** that all claims against Choice Hotels International, Inc. shall be dismissed with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED.**

Dated: May 17, 2023

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE